Seth K. GIFFORD

v.

Samuel CORRADO et al.

No. 79–19–A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Cynthia G. Collins, Matunuck, for plaintiff.

Samuel Corrado, pro se.

ORDER

The motion of defendant Samuel Corrado to reinstate this appeal is denied.

John W. JORDAN et al.

v.

June J. KELLY et al.

No. 79–504–A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Parmenter & Associates, William E. Parmenter, Providence, for plaintiffs.

Milton Bernstein, Providence, for defendants.

ORDER

The petition to reargue is denied.

BEVILACQUA, C. J., did not participate.

Seth K. GIFFORD

v.

Samuel CORRADO et al.

No. 80–217–A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Cynthia G. Collins, Matunuck, for plaintiff.

Samuel Corrado, pro se.

ORDER

The defendant's motion to consolidate as prayed is denied.

George McINTOSH

v.

Antonio A. MOREY.

No. 80–451–A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

John Quattrocchi, Jr., Providence, for plaintiff.

Hanson, Curran & Parks, Robert D. Parrillo, Providence, for defendant.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for oral argument.